UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )     NO. 3:22-cr-00262
                                  )     JUDGE RICHARDSON
MARKEL LARON LILLARD              )

## ORDER

On May 12, 2026, at hearing was held on the pending Petition for Summons for Offender on Supervision (Doc. No. 78). At the hearing, Defendant admitted violation numbers 2, 3, 4, 5 and 6. As discussed and mutually agreed upon in open court, the sentencing hearing is scheduled for August 10, 2026, at 11:00 a.m., at which time the Government may elect to make a motion to dismiss violation number 1. The Defendant shall remain on his current terms of supervised release, with the following additional special condition (to replace the condition that he refrain merely from consuming alcohol *to excess*):

You shall refrain from consumption of alcohol.


IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE